# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01520-NRN

LEONEL ALEXANDER SATIZABAL-FUENTES,

    Applicant,

v.

JUAN BALTAZA, Warden of Detention Center,
ROBERT HAGAN, Director of Local ICE Office,
TODD LYONS, Director of ICE, and
ATTORNEY GENERAL,

    Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE N. REID NEUREITER

    Pursuant to the Minute Order entered on April 13, 2026, Respondents were directed to complete and file the Consent/Non-Consent Form (ECF No. 5) within 30 days. On April 23, 2026, Petitioner consented to this Court's jurisdiction (ECF No. 12). However, Respondents have not yet indicated whether or not they consent. Accordingly, Respondents are directed to complete and file the Consent/Non-Consent Form on or before May 20, 2026

Dated: May 18, 2026